JXM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
FEB 1 3 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dante Rodgers 20231211109

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

R. Ramirez
X. Saldana
R. Rivera 06
A. Lumpkins
S. Hines 02
Tom dart

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

24-cv-1281
Judge Ellis
Magistrate Judge Jantz
RANDOM/CAT 3/PC 2

**CHECK ONE ONLY:**

☑ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

page 1 of

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Dante Rodgers

B. List all aliases: _____

C. Prisoner identification number: 202312111O9

D. Place of present confinement: Cook County Jail

E. Address: 2700 S California Ave. Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: R. Ramirez

Title: Correctional officer

Place of Employment: Cook county jail

B. Defendant: X Saldana

Title: Correctional officer

Place of Employment: Cook County jail

C. Defendant: R. Rivera 06

Title: Correctional officer

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                                 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

page 2 of

D. Defendant: A LUMPKINS
   Title: correctional officer
   Place of Employment: Cook county jail

E. Defendant: S. Hines 02
   Title: correctional officer
   Place of Employment: cook county jail

f. Defendant: Tom dart
   Title: sheriff of cook county
   Place of Employment: cook county jail

page 3 of

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 4 of

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Jan 5, 2024 a detanee became extremely agitated The detanee Name is Kenneth carter He frist Got into it with another Inmate Then me kenneth carter was acting extremely agitated with every one That day he even yalled at defendat Rivera06 and stated Get This naggA off The deck befor I kill him with his nappy head as i Think He got Bugs in his hair why he talking I Asked defendant Rivera to call a sergeant because This guy allways Trying to fight Rivera stated All he did was Threaten you Plus YAll geting a shake down ANY way shortly carter walked towards me and Rivera06 Just looked at him carter started Attacking Me and Rivera06 was unabled to assit me because he did not have backup Shortly defendents Ramirez figueroa, saldana, lumpkins and Hines, came in carter refused to let me go Ramirez and X Saldana, Pull us apart once I was pulled apart I followed all The officers orders aNd both officers slamened my face on top of The

4                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

page 5 of

metal table I busted my mouth and chapped my tooth i went to medical told the nurse that i had a sora face plus my teeth hurted in my head was hurting really bad the nurse did not do any thing or she did not also even give me any medication to help the pain also being cuffed defendants Ramirez and Saldana nearly broke my wrist defendants Rivera 06, ALumpkis and Hines also so refused to give me medical attention when i started to see how they just did me my wrist hurt please let me see the nurs agin There are suppose to be 1 officer per fifteen detainees, the tier had 39 detainees with on officer where is how i was being attack until Rivera 06 back up arrived Inadequate security played a major role in me being attacked Rivera seen carter agitated and refused to stop him after he had the knowledge of carter threateing to kill me

5                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 6 of

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The court to order The county to have adquate sturity/ adquate compensation

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 2-6 day of 6 , 20 24

Dante Rodgers
(Signature of plaintiff or plaintiffs)

Dante Rodgers
(Print name)

20231211109
(I.D. Number)

2700 S. California Ave.

Chicago, IL 60608
(Address)

6  Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

page 7 of

Legal mail

Dante Rodgers
Div 8 RTU
Tier 4D
2700 S. California Ave
Chicago, IL 60608



24-cv-1281
Judge Ellis
Magistrate Judge Jantz
RANDOM/CAT 3/PC 2

02/13/2024-4

United States
District court
219 S. Dearborn
Chicago, IL 60604

Legal mail